USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]

 United States Court of Appeals
 For the First Circuit
 
 

No. 98-1057

 UNITED STATES,

 Appellee,

 v.

 GLENN P. LACEDRA,

 Defendant, Appellant.

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Reginald C. Lindsay, U.S. District Judge]

 Before

 Boudin, Circuit Judge,
 Coffin, Senior Circuit Judge,
 and Lynch, Circuit Judge.
 
 

 Glenn P. Lacedra on brief pro se.
 Donald K. Stern, United States Attorney, and Robert E.
Richardson, Assistant United States Attorney, on brief for
appellee.

May 28, 1998

 
 
 Per Curiam. Pro se appellant, Glenn P. LaCedra,
 appeals from the district court's partial denial of his Fed. R.
 Crim. P. 41(e) motion seeking the return of certain property
 which had been seized pursuant to a search warrant, or, in the
 alternative, for compensation for the seized property. We
 affirm.
 The court did not abuse its discretion or commit
 error in declining to return certain firearms and related
 property to LaCedra, who is a convicted felon. See 18 U.S.C.
 922(g)(1) (making it unlawful for persons convicted of crimes
 punishable by imprisonment for greater than one year to possess
 firearms or ammunition). Nor did the court abuse its
 discretion or err in failing to order compensation for the
 firearms and related property since the government had
 represented that it would surrender these items to any third
 party lawfully purchasing them from LaCedra. 
 The district court also properly declined to order
 the return of certain "investigative paperwork" casually
 identified by LaCedra. As best we can glean from the record,
 the materials in question have no market value but were for the
 most part materials either used in connection with the planned
 murder or capable of being used in another attempt. That is
 reason enough for the district court to decline to order the
 government to restore those materials to LaCedra.
 Affirmed. See Loc. R. 27.1.